United States District Court for the Western District of Arkansas

David Stebbins                                                    Plaintiff

vs             Case No. 12-3039

Lew Marczuk and                                                   Defendant
Timothy Bunch

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 19 2012
CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

## COMPLAINT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following complaint against Defendants Lew Marczuk and Timothy Bunch for violating my 14th Amendment's right to due process and my 5th Amendment's right to effective assistance of council, or EAoC for short.

Defendants are public defenders. Bunch works at the Boone County Public Defender's office, which has the following address:

201 N Main St.
3rd Floor
Harrison, AR 72601

Marczuk used to practice out of Baxter County, but has since been relocated to the Pulaski County Public Defender's office, with the following address:

201 Broadway St.
Little Rock, AR 72201

Both defendants have "represented" me in my felony charge, but neither did even the simplest thing to actually defend me.

For starters, neither have fulfilled their duty under the Code of Proffessional Conduct to diligently assist me. One of the most egregious examples of this happening is when I switched to Timothy Bunch because Marczuk was being transferred. I was scheduled to re-appear in court later that day (which was February 24, 2012), but Bunch, without explaination, re-scheduled me for... you're not even going to believe this when I tell you.... April 20, 2012!

Another egregious example came from Marczuk, who had, in a corrupt attempt to get me declared insane rather than innocent, had the court order me to get medical treatment for my "condition," even though my Asperger Syndrome had nothing to do with the crime I was charged with. On Jan. 31, 2012, he found a doctor willing to accept me in Mountain Home. However, it was not until Feb. 24, when I made another court appearance, that he gave me the paperwork to fill out. He could have mailed them to me, but he instead chose to leave me in the dark.

These two incidents also have another violation of my ESoC rights: failure to advise. Failure to advise me of the status of my case, failure to advise me of my rights, total failure to do anything.

I wrote to Marczuk (who later on gave

everything in my file to Bunch) listing a plethora of defenses that can be used to secure my acquittal, including but not limited to...

1. The inconsistencies in the prosecution's case
2. The lack of blood
3. The lack of severity of the cuts, proving they were likely self-inflicted
4. The alleged victim's violent history, juxtaposed against about a dozen character references on my behalf.
5. Even assuming the prima facie, I still would have been acting in self-defense.

Despite the wealth of options at Defendant's' disposal, the closest they came to doing any sort of following up on my leads was asking my landlord at the time for a copy of our lease agreement! Even then, no questions were asked about the lease agreement.

But perhaps the biggest piece of BS that Marczuk subjected me to was actually helping the prosecutor to incriminate me! I am not talking about passively not defending me, I am talking about actively giving the prosecutor information he did not have before that he then planned to use to prejudice the jury.

Most of these things could be attributed to a lack of resources on the part of the defense counsel, but working with the prosecutor to get

me condemned simply has to be deliberate.

Even lack of resources is no excuse. When has it ever been an excuse for compromising fundamental freedoms? Does a strained docket excuse a court's failure to give me a speedy trial under the 6th Amendment? Does a tight schedule excuse a cop from having to get a warrant before he involuntarily searches a person? Does lack of uniforms excuse a jail from its requirement to clothe inmates? No, of course not.

So, why should a lack of lawyers with which to spread the caseload excuse the Defendants from their failure to effectively assist me? If they don't have enough people to do the job, they need to hire more! If they can't afford to do the State needs to tax the rich a little more. Period.

I request that Defendants be jointly ordered to appoint at their expense a privately practicing attorney to represent me. This is not an award of monetary damages I am seeking; it is an injunction to provide me with counsel who will actually do its job.

Wherefore, I wish this relief be granted.

*David Stebbins*
David Stebbins
5800 Law Dr.
Harrison, AR 72601