United States District Court for the Western District of Arkansas

David Stebbins                                               Plaintiff

vs                    Case No. 12-3039

Lew Marczuk & Tim Bunch                              Defendants

## MOTION FOR PRELIMINARY INJUNCTION

~~Pro se~~

Comes now, pro se Plaintiff David Stebbins, who hereby ~~met~~ submits the following motion for a preliminary injunction to stay the proceedings in my felony charge.

If my accusations are true, the public defender's office cannot be trusted to protect my interests. Therefore, I risk irreparable harm if the case goes ahead as planned.

I also requested this injunction in case no. 12-3022 in this court, though I have not heard back from the Court about that one. I would like this stay in both cases, and the felony charge may not resume until both these cases have been disposed of.

Please grant this relief.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 19 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk