US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 19 2012
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

United States District Court for the Western District of Arkansas

David Stebbins                             Plaintiff

vs                Case No. 12-

Lew Marczuk & Tim Bunch            Defendants

## PETITION FOR SUBPEONAS

Comes now, pro se Plaintiff David Stebbins, who hereby requests that the following people be called to testify in this case, as they all possess knowledge relevant to this case:

1. Rita Stebbins - resides at 8527 Hopewell Rd., Harrison, AR 72601
2. Wes Bradford - Boone County Prosecuting Attorney
3. Gordon Webb - Judge of Boone County Circuit Court
4. John Edgmon - fellow inmate at Boone County Detention Center

Witnesses #1 and #4 are on my behalf. The rest will testify for the defense.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
5800 Law Dr
Harrison, AR 72601

NW ARKANSAS AR 727
12 MAR 2012 PM 1 T

U.S. District Court
35 E Mountain St
Room 510
Fayetteville, AR 72701

72701+5353