IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                          PLAINTIFF

v.                          Civil No. /2-3039

LEW MARCZUK, Public
Defender; and TIMOTHY
BUNCH, Public Defender                                                 DEFENDANTS

## ORDER

David Stebbins, currently an inmate of the Boone County Detention Center, has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint and motion for preliminary injunction.

Rule 9.1 of the Local Rules for the Eastern and Western District of Arkansas provide that an incarcerated person filing an action under 42 U.S.C. § 1983 shall use the court-approved forms in filing the complaint. **The Clerk is directed to mail Plaintiff a blank § 1983 complaint. The Clerk should also mail Plaintiff a copy of the complaint being provisionally filed.**

Plaintiff is directed to fill out the form and mail the complaint back to the Court by **March 30, 2012**. If the Plaintiff fails to return the complaint on the form provided this case will become subject to summary dismissal for failure to comply with the order of the Court.

Plaintiff failed to submit with his complaint an application to proceed *in forma pauperis* (IFP). **The Clerk is directed to mail Plaintiff a blank IFP application (prisoner form).** Plaintiff is given until **March 30, 2012**, to either complete, sign, and return the IFP application to this Court for review

and filing or pay the $350 filing fee. **If the Plaintiff fails to return the completed IFP application or pay the $350 filing fee by March 30, 2012, the complaint will become subject to summary dismissal for failure to obey an order of the Court.**

Plaintiff is further advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

IT IS SO ORDERED this __19__ day of March 2012.

HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE


US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAR 1 9 2012**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk